United States District Court
Northern District of California

ERTEC ENVIRONMENTAL SYSTEMS,

    Plaintiff,

v.

RIVERVALLEY ECOSERVICES, INC., and DOES 1-10,

    Defendant.

Case No.: 13-01907-KAW

ORDER CONTINUING AUGUST 15, 2013 HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; FURTHER INFORMATION REQUIRED

Plaintiff ERTEC Environmental Systems ("ERTEC") moves for default judgment against Defendant RiverValley EcoServices for breach of contract. (Dkt. No. 10.) Plaintiff's motion seeks the outstanding balance due on Defendant's account, which is alleged to be $68,191.19, plus interest. (Compl. ¶ 15; Mot. at 2.) Plaintiff, while providing copies of selected invoices and email communications, does not provide a general accounting of all monies owed. As some invoices are labeled "partially paid," it is impossible for the Court to determine the actual amount owed.

Therefore, the August 15, 2013 hearing on Plaintiff's motion for default judgment is continued until September 19, 2013. Plaintiff shall provide an accurate accounting of the outstanding balance owed on Defendant's account, as well as a separate accounting of the interest sought and how it is calculated, within 14 days of this order.

IT IS SO ORDERED.

Dated: August 13, 2013

                                                KANDIS A. WESTMORE
                                                United States Magistrate Judge